# RECONSIDERATION DOCKET

**98–1074. State v. Jalowiec.**
Lorain App. No. 96CA006445. Reported at 91 Ohio St.3d 220, 744 N.E.2d 163. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**00–104. Boone v. Vanliner Ins. Co.**
Franklin App. No. 98AP–1535. Reported at 91 Ohio St.3d 209, 744 N.E.2d 154. On *amici curiae* motion for leave to file under S.Ct.Prac.R. XI by the American Insurance Association et al., *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI by the Ohio Association of Civil Trial Attorneys, motion for reconsideration, and *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI by the Ohio Insurance Institute. Motions denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–206 and 00–374. Clark v. Scarpelli.**
Montgomery App. No. 17883. Reported at 91 Ohio St.3d 271, 744 N.E.2d 719. On motion for reconsideration. Motion denied.

**00–523 and 00–953. State v. McKee.**
Marion App. No. 9–99–57. Reported at 91 Ohio St.3d 292, 744 N.E.2d 737. On motion for reconsideration. Motion denied.

COOK, J., dissents.

**00–1134. Benton v. Cuyahoga Metro. Hous. Auth.**
Cuyahoga App. No. 76508. Reported at 91 Ohio St.3d 206, 743 N.E.2d 917. On motion for reconsideration. Motion denied.

**00–2084. Offhaus v. Guthrie.**
Ashland App. No. 00COA01353. Reported at 91 Ohio St.3d 1478, 744 N.E.2d 775. On motion for reconsideration. The motion is denied for want of four votes on the following vote:

MOYER, C.J., F.E. SWEENEY and LUNDBERG STRATTON, JJ., vote no.

DOUGLAS, RESNICK and PFEIFER, JJ., vote yes.

COOK, J., not participating.

**01–85. State v. Williams.**
Lucas App. Nos. L–00–1027 and L–00–1028. Reported at 91 Ohio St.3d 1489, 745 N.E.2d 437. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

RESNICK, J., not participating.

**01–96. Sain v. Roo.**
Franklin App. No. 99AP–1459. Reported at 91 Ohio St.3d 1489, 745 N.E.2d 437. On motion for reconsideration. Motion denied.

**01–109. Audia v. Rossi Bros. Funeral Home, Inc.**
Mahoning App. No. 98CA181. Reported at 91 Ohio St.3d 1489, 745 N.E.2d 437. On motion for reconsideration. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.